■ ESTHER SCATTOREGGIO et al., Appellants, v AMERICAN PRINTING CONVERTERS, INC., et al., Respondents.—In a malicious prosecution action, the plaintiffs appeal from a judgment of the Supreme Court, Queens County (Kassoff, J.), dated December 19, 1984, which dismissed their complaint for failure to state a cause of action.

Judgment affirmed, with costs.

Special Term correctly concluded that the complaint failed

to state a cause of action *(see,* CPLR 3211 [a] [7]; *Molinoff v Sassower,* 99 AD2d 528). Mollen, P. J., Thompson, Niehoff, Rubin and Kunzeman, JJ., concur.